March 31, 2023

**VIA ECF**

The Honorable Loretta A. Preska
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2220
New York, NY 10007

    Re:    *In re Citigroup Inc. Shareholder Derivative Litigation,*
              No. 1:20-cv-09438-LAP (S.D.N.Y.)

Dear Judge Preska:

      Pursuant to the Court's Order dated February 8, 2021 (ECF No. 51), the above-referenced suit was stayed pending resolution of the motion to dismiss in *In re Citigroup Securities Litigation,* No. 1:20-cv-09132-LAP (the "Securities Action"). The Order further directed that the parties "jointly write the Court within one week of the issuance of a decision on the [ ] motion to dismiss in [the Securities Action] with a proposal for next steps in this matter."

      The decision on the motion to dismiss in the Securities Action was issued on March 24, 2023, granting the motion to dismiss without prejudice and allowing the plaintiffs to move for leave to amend within thirty days of the order. In light of this decision, its relevance to certain of Plaintiffs' derivative claims, and to promote judicial efficiency, the parties propose that the Court maintain the stay in the instant action until resolution of the plaintiffs' motion for leave to amend in the Securities Action and, if leave is granted, any subsequent motion to dismiss. The parties shall then have fourteen days to meet-and-confer regarding next steps in this litigation and report to the Court their respective positions.

      We are available at the Court's convenience to address the issues raised in this letter.

Respectfully yours,

| | |
|---|---|
| **SAXENA WHITE P.A.** | **FRESHFIELDS BRUCKHAUS DERINGER US LLP** |
| /s/ *Thomas Curry**  | /s/ *Mary Eaton* |
| *Signature used with permission pursuant to S.D.N.Y. ECF Rule 8.5 | Mary Eaton<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 277-4000<br>mary.eaton@freshfields.com |
| Thomas Curry<br>1000 N West Street<br>Suite 1200 Office 1265<br>Wilmington, DE 19801<br>Telephone: (302) 485-0483<br>tcurry@saxenawhite.com | *Counsel for Defendants Ellen M. Costello, Grace E. Dailey, John C. Dugan, Duncan P. Hennes, Peter B. Henry, Franz B. Humer, S. Leslie Ireland, Lew W. Jacobs IV, Renée J. James, Eugene M. McQuade, Michael E. O'Neil, Gary M. Reiner, Anthony M. Santomero, Diana L. Taylor, James S. Turley, Deborah C. Wright, Alexander Wynaendts, Ernesto Zedillo Ponce De León, and Nominal Defendant Citigroup, Inc.* |
| **BERMAN TABACCO** | |
| /s/ *Nathaniel Orenstein** | |
| *Signature used with permission pursuant to S.D.N.Y. ECF Rule 8.5 | **SULLIVAN & CROMWELL LLP** |
| Nathaniel Orenstein<br>1 Liberty Square<br>Boston, MA 02109<br>Telephone: 617-542-8300<br>norenstein@bermantabacco.com | /s/ *Sharon L. Nelles**<br>*Signature used with permission pursuant to S.D.N.Y. ECF Rule 8.5 |
| *Co-Lead Counsel for Co-Lead Plaintiffs* | Sharon L. Nelles<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>nelless@sullcrom.com |
| | *Counsel for Defendants Michael L. Corbat, Barbara Desoer, and Jane Fraser* |

cc:   All Counsel via ECF